UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL INGRAM EL,<br><br>　　　　　Defendant. | No. 2:17-mc-00083-TLN-DB PS<br><br><br><br>ORDER |

　　　　Defendant is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On October 10, 2017, the magistrate judge filed findings and recommendations herein, which were served on Defendant and which contained notice to Defendant that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and Defendant has not filed objections to the findings and recommendations.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 10, 2017 (ECF No. 3) are adopted in full;
2. Defendant's May 16, 2017 motion to proceed in forma pauperis (ECF No. 2) is denied;
3. This action is remanded to the Sacramento County Superior Court; and
4. This case is closed.

Dated: November 8, 2017

Troy L. Nunley
United States District Judge